| United States District Court<br>Violation Notice | CVB Location Code<br>CC72 | |
|---|---|---|
| Violation Number<br>FBJG006D | Officer Name<br>SMITH | Officer No.<br>2370 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense |
|---|---|
| 02/12/2021   19:53 | FED   21USC   844A |

Place of Offense
LYTLE CREEK RANGER STATION

FBJG006D

Offense Description: Factual Basis for Charge   HAZMAT ☐

POSSESSION OF METHAMPHETAMINE & PARAPHERNALIA (GLASS PIPE).

**DEFENDANT INFORMATION**   Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| TOLSON JR. | LESTER | L |

Street Address

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐   D.L. | Social Security No. |
|---|---|---|

☐ Adult ☐ Juvenile   Sex ☐ M ☐ F   Race   Hair   Eyes   Height ' "   Weight

**VEHICLE**   VIN   CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A  ☒  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B  ☐  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

|  | Forfeiture Amount |
|---|---|
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| To Be Determined... | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete       Original - CVB Copy       FS-5300-4 (7/05)

FBJG006D

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  February 12, 2021  while exercising my duties as a law officer in the  Central  District of  CA

Pursuant to 16 USC 551: at approximately 1953 hours, I, LEO T. Smith, was on uniformed patrol of the Lytle Creek Recreation Area within the San Bernardino National Forest (San Bernardino County). At this time, I was in the process of towing an abandoned vehicle at the Lytle Creek Ranger Station when I noticed the headlights of a vehicle in an area of the Ranger Station closed to public access. A few moments later, the vehicle continued to travel to my location at the entrance to the Ranger Station by driving across the lawn. Next, I ordered the driver to stop the vehicle and introduced myself as a Forest Service LEO. At this time, I noticed the driver, who I later identified as Mr. Lester TOLSON JR. by his California Identification Card, was naked from the waist down. I subsequently ordered Mr. TOLSON JR. out of the vehicle to which he complied so he could put on the rest of his clothes. Next, I placed Mr. TOLSON JR. in hand restraints based upon the suspicious nature of the enforcement contact. During my investigation, Mr. TOLSON JR. admitted to being under the influence of narcotics (Methamphetamine) and told me where to find the remainder of the drugs and paraphernalia in the vehicle. Next, I conducted a search of the vehicle and located a small amount of a white Crystalline substance inside a plastic bag and a clear glass Methamphetamine pipe with burn marks on the glass. Next, I instructed the FICC to conduct a computerized record check of Mr. TOLSON JR. and the vehicle. The vehicle returned clear with a recent release of liability, but Mr. TOLSON JR. returned with a suspended/revoked driver's license. Based upon the circumstances, I issued Mr. TOLSON JR. a Violation Notice for possession of a controlled substance (Methamphetamine) and paraphernalia (glass pipe). I subsequently seized the drugs and paraphernalia for evidentiary purposes. Lastly Mr. TOLSON JR. acknowledged the Violation Notice and I ended the contact without further incident.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed   February 12, 2021   *[signature]*
           Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident